NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRENDAN A. DANIEL,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3097

---

Petition for review of the Merit Systems Protection Board in case no. DA0841090711-B-1.

---

## ON MOTION

---

## ORDER

Brendan A. Daniel moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 2 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Brendan A. Daniel
    Delisa M. Sanchez, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 2 2011**

**JAN HORBALY**
**CLERK**